UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR01-0340-JCC |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| SOUVERN SAELEE, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on November 21, 2006. The United States was represented by Assistant United States Attorney Robert Westinghouse, and the defendant by Mr. Ken Kanev. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Bank Fraud in violation of 18 U.S.C. § 1344. On or about December 14, 2001, defendant was sentenced by the Honorable John C. Coughenour to a term of two (2) days in custody to be followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance-abuse program, financial disclosure, restitution in the amount of $25,411.44, jointly and severally in connection with cases CR99-537P and CR99-629C, consent to search, 150 days of a home confinement program with electronic monitoring, maintaining a single checking account, no new credit charges or additional lines of credit to be obtained, and possession of no ID other than in defendant's true

and legal name.

In a Petition for Warrant or Summons dated January 9, 2006, U.S. Probation Officer Brian Rogers asserted the following violations by defendant of the conditions of his supervised release:

(1) Failing to report to the probation office as directed on January 4, 2006, at 10:00 a.m. in violation of standard condition number 2, requiring him to report to the probation office as directed.

(2) Failing to cooperate in the collection of a DNA sample as directed to do so by the probation office, in violation of 42 U.S.C. § 14135(a)(2), on December 13, 2005, in violation of the general condition that he not commit another federal, state, or local crime.

(3) Failing to submit a written monthly report to the probation office as directed within the first five days of October, November, and December 2005, in violation of standard condition number 2.

(4) Failing to pay restitution since May 2005, in violation of special condition number 6, requiring him to pay restitution as directed by the probation officer.

(5) Failing to regularly work in a lawful occupation since February 2004, in violation of standard condition number 5.

The defendant was advised of the allegations and advised of his rights. Defendant admitted to violations number 2, 3, 4, and 5, but reserved his right to legally challenge whether the general condition alleged in violation number 2 is constitutional. Defendant admitted to violation number 5, but reserved the right to present mitigating circumstances at his disposition hearing. At the hearing, the government dismissed alleged violation number 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations number 2, 3, 4, and 5, and that the Court conduct a hearing limited to disposition. A disposition hearing has been set before the Honorable John C. Coughenour on December 1, 2006, at 9:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 21st day of November, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable John C. Coughenour
AUSA: Mr. Robert Westinghouse
Defendant's attorney: Mr. Ken Kanev
Probation officer: Mr. Brian Rogers